**FILED**

09/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0308

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## SUPREME COURT CAUSE No. DA 20-0308

| | |
|---|---|
| KAREN M. MYERS,<br><br>    Appellant/Cross-Appellee,<br><br>vs.<br><br>ROBERT N. MYERS, JR.,<br><br>    Appellee/Cross-Appellant. | **ORDER** |

Appellee having filed a Motion to Voluntarily Dismiss Cross Appeal herein, and the Court having considered the same,

IT IS HEREBY ORDERED that Appellee's Cross Appeal is Dismissed.

The Clerk is directed to provide a true copy of this Order to and all counsel of record.

Dated this _____ day of September 2020.


_____
                              Chief Justice


Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 2 2020